

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-24-00386-CV

**IN RE TEXAS MUTUAL INSURANCE COMPANY,** Judy Bond, and Allstate County Mutual Insurance

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

On June 3, 2024, relators Texas Mutual Insurance Company and Judy Bond filed a petition for writ of mandamus. On June 18, 2024, Allstate County Mutual Insurance filed a petition for writ of mandamus seeking mandamus relief and joining in and adopting Texas Mutual and Bond's petition. The real party in interest filed a response on August 15, 2024. Texas Mutual and Bond filed a reply on August 28, 2024. And Allstate filed a joinder in reply on September 18, 2024.

As to relators Texas Mutual and Bond, this court has considered their petition, the response, the reply, and the mandamus record, and is of the opinion Texas Mutual and Bond are entitled to the relief sought. Accordingly, the stay imposed in our order dated July 16, 2024 is LIFTED, and the petition for writ of mandamus is CONDITIONALLY GRANTED. The Honorable Antonia Arteaga is ORDERED to vacate the portion of the April 5, 2024 order denying the plea to the jurisdiction of Texas Mutual and Bond and dismiss the claims against them within fifteen days from the date of this order. The writ will issue only if the trial court fails to comply.

As to relator Allstate, this court has considered its petition, the response, its reply, and the mandamus record, and concludes Allstate has not shown itself entitled to the relief sought. Accordingly, Allstate's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 26, 2025.

---

[1] This proceeding arises out of Cause No. 2024-CI-07317, styled *Edward Santos v. Texas Mutual Insurance Company, et al.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.

_Lori Massey Brissette, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_Luz Estrada, Chief Deputy Clerk_